UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
NICOLE BROECKER, MICHELLE MARTINO,
GINA PORCELLO, AMOURA BRYAN, RENA
GELLMAN, FOTINA LAMBOS, KERRY BEN-
JACOB, EKATERINA UDINA, ANDREA
TICHIO, MARIANNA CIACCA-LISS, ANITA
QUASH, KELLY DIXON, FELICIA HAGAN,
MARITZA ROMERO, MARIA RUSCELLI,                        **INDEX NO. 21-cv-06387**
BETZIADA CRUZ, FRANCINE TRAPANI,
JEANNINE LAM, JESSICA NARCISO,
BRIANNA PEREZ, NICOLETTA MASULLO,                      **NOTICE OF APPEAL**
ANASTASIA CHRISTOPOULOS, FAYE
KOTZER, BENEDICT LOPARRINO, YADITZA
RODRIGUEZ, RAFAEL ADRIAN TORO,
SERINA MENDEZ, DINA HUSSIEN,
HERENDYRA PEREYRA, ROSA ABREU, JOAN
GIAMMARINO, ANDREA JACKSON, MARIA
KLAPAKIS, STELLA PORTO, TONIANN
MIRAGLIA, ROSEANNA SILVESTRI-
INCANTALUPO, JULIA A. MAVIS,
CHRISTOPHER HANSEN, ANNETTE BACKOF,
DIANE PAGEN, LYNN PEPE, STEPHANIE
EDMONDS, YVONNE COSTELLO, DEBBY
HARTZ, SORAYA SANCHEZ, MONIQUE
MOORE, ANGELA VELEZ, SALLY MUSSAFI,
JESSICA NICCHIO, DORCA GENAO, RACHEL
MANISCALCO, JAMES HOFFMAN,
SHARLAYNE JACOBS, CRYSTAL SALAS,
FRANCES DIPROSSIMO, CAROLA
MARTINEZ-VAN BOKKEM, AYSE USTARES,
ELIZABETH FIGUEROA, DIANNE BAKER-
PACIUS, NICOLE MOORE, ELIZABETH
PLACENCIO, DEBBIE BERTRAM, KIMBERLI
MADDEN, FRAN SCHMITTER, VICTORIA
RUSSO, PAUL CIFARELLI, DANIELLE HEAL,
SARA COOMBS-MORENO, LISA SIMO, TAMI
BENEDUCE, ZABDIEL VALERA, NATHALIE
CHARLES, JANELLE LOTITO, JEANEAN
SANCHEZ, MARIE MOSLEY, TARA
PALLADINO, DANIELLE MCGUIRE, JULIA
HARDING, LEAH KUKLA, STEPHANIE
FRANZESE, JULIA BALASIS-MARING, BETH
SCHIANO, MEAGAN VELEZ, JENNIFER
ZACCARIELLO, ELENI GERASIMOU, LAURA

SALAMONE, AUBREY JOERGENS, DEIDRA
STATUTO, LORRAINE MASCIARELLI,
HENRIETTA SHAYA, AURA MOODY,
ELIZABETH LOIACONO, RICHARD JOSEPH,
on behalf of themselves and all other similarly
situated employees of the New York City
Department of Education,

           Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, MEISHA PORTER, in her official
and individual capacities, UNITED FEDERATION
OF TEACHERS, LOCAL 2, AMERICAN
FEDERATION OF TEACHERS, AFL-CIO,
MICHAEL MULGREW, in his official and
individual capacities, COUNCIL OF
SUPERVISORS AND ADMINISTRATORS,
MARK CANNIZZARO, in his official and
individual capacities, DISTRICT COUNCIL 37,
AFSCME AFL-CIO, HENRY GARRIDO, in his
official and individual capacities, DISTRICT
COUNCIL 37, AFSCME AFL-CIO, LOCAL 372,
SHAUN D. FRANCOIS I, in his official and
individual capacities, DISTRICT COUNCIL 37,
AFSCME AFL-CIO, LOCAL 1251, FRANCINE
FRANCIS, in her official and individual capacities,
MARTIN F. SCHEINMAN, SCHEINMAN
ARBITRATION AND MEDIATION SERVICES,
SCHEINMAN ARBITRATION AND
MEDIATION SERVICES, LLC, JOHN DOE #1-10,
in their official and individual capacities; and JANE
DOE #1-10 in their official and individual capacities,

           Defendants.
-------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that all of the Plaintiffs hereby appeal to the United States
Court of Appeals for the Second Circuit from the *Judgment* entered in this action on March 31,
2023, following the *Memorandum & Order* of the Honorable Kiyo A. Matsumoto, dated March
30, 2023 and entered March 30, 2023, granting the Defendants' Motions to Dismiss in their entirety
pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and from each and every part
of said judgment.

**PLEASE TAKE FURTHER NOTICE** that all of the Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the *Memorandum And Order* of the Honorable Kiyo A. Matsumoto, dated November 24, 2021 and entered November 24, 2021, denying the Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction and from each and every part of said Memorandum and Order.

**PLEASE TAKE FINAL NOTICE** that all of the Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the *Memorandum & Order* of the Honorable Kiyo A. Matsumoto, dated February 11, 2022 and entered February 11, 2022, denying the Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction and from each and every part of said Memorandum and Order.

Dated:      Garden City, New York
           April 20, 2023

THE SCHER LAW FIRM, LLP

By:   *Austin Graff*
      AUSTIN GRAFF
      *Attorneys for the Plaintiffs*
      600 Old Country Road, Suite 440
      Garden City, New York 11530
      (516) 746-5040

APPEAL,ACO

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:21–cv–06387–KAM–LB

| | |
|---|---|
| Broecker et al v. New York City Department of Education et al | Date Filed: 11/17/2021 |
| Assigned to: Judge Kiyo A. Matsumoto | Date Terminated: 03/31/2023 |
| Referred to: Magistrate Judge Lois Bloom | Jury Demand: Plaintiff |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Nicole Broecker**                represented by     **Austin R. Graff**
The Scher Law Firm, LLP
One Old Country Road
Suite 385
Carle Place, NY 11514
516–746–5040
Fax: 516–747–9100
Email: agraff@scherlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Martino**               represented by     **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina Porcello**                  represented by     **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amoura Bryan**                   represented by     **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rena Gellman**                   represented by     **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fotina Lambos**                  represented by     **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerry Ben–Jacob**                represented by     **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ekaterina Udina**                represented by     **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Tichio**                     represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marianna Ciacca–Liss**              represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Quash**                       represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Dixon**                       represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Hagan**                     represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maritza Romero**                    represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Ruscelli**                    represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betziada Cruz**                     represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francine Trapani**                  represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannine Lam**                      represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Narciso**                   represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brianna Perez**                     represented by **Austin R. Graff**
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicoletta Masullo**                                    represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anastasia Christopoulos**                              represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Faye Kotzer**                                          represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benedict LoParrino**                                   represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yaditza Rodriguez**                                    represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Toro**                                          represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Serina Mendez**                                        represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dina Hussein**                                         represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herendyra Pereyra**                                    represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Abreu**                                           represented by **Austin R. Graff**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Williams**                                        represented by **Austin R. Graff**
*TERMINATED: 01/10/2022*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Giammarino**                                      represented by

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Jackson**                          represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Klapakis**                          represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stella Porto**                            represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toniann Miraglia**                        represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RoseAnna Silverstri Incantalupo**         represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Mavis**                             represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Hansen**                      represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Backof**                          represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Pagen**                             represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn Pepe**                               represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Edmonds**                       represented by  **Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Costello**                    represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Debbie Hartz**                       represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Soraya Sanchez**                     represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Monique Moore**                      represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Angela Velez**                       represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sally Mussafi**                      represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jessica Nicchio**                    represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dorca Genao**                        represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Rachel Maniscalco**                  represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**James Hoffman**                      represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Sharlayne Jacobs**                   represented by **Austin R. Graff**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Crystal Salas**                      represented by

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances DiProssimo**                    represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carola Martinez–vanBokkem**             represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ayse Ustares**                          represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Figueroa**                    represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianne Baker–Pacius**                   represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Moore**                          represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Placencio**                   represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debbie Bertram**                        represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberli Madden**                       represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fran Schmitter**                        represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Russo**                        represented by **Austin R. Graff**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Cifarelli**                        represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Heal**                         represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Coombs–Moreno**                    represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Simo**                             represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tami Beneduce**                         represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zabdiel Valera**                        represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathalie Charles**                      represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janelle Lotito**                        represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanean Sanchez**                       represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Mosley**                          represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Palladino**                        represented by   **Austin R. Graff**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle McGuire**                      represented by

**Austin R. Graff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Harding**                    represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Leah Kukla**                       represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stephanie Franzese**               represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Julia Blasis–Maring**              represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Beth Schiano**                     represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Laura Salamone**                   represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Aura Moody**                       represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Aubrey Joergens**                  represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Meagan Velez**                     represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jennifer Zaccariello**             represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Richard Joseph**                   represented by    **Austin R. Graff**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Loiacono**                    represented by   **Austin R. Graff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lorraine Masciarelli**                  represented by   **Austin R. Graff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Deidra Statuto**                        represented by   **Austin R. Graff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Eleni Gerasimou**                       represented by   **Austin R. Graff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Henrietta Shaya**                       represented by   **Austin R. Graff**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**New York City Department of**           represented by   **Andrea Mary O'Connor**
**Education**                                              New York City Law Department
                                                           100 Church Street
                                                           Room 2–104
                                                           New York, NY 10007
                                                           212–356–4015
                                                           Fax: 212–356–1148
                                                           Email: aoconnor@law.nyc.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ivan A Mendez , Jr.**
                                                           New York City Law Department
                                                           100 Church St
                                                           Rm 2–185
                                                           New York, NY 10007
                                                           212–356–2450
                                                           Fax: 212–356–8760
                                                           Email: imendez@law.nyc.gov
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Meisha Porter**                         represented by   **Andrea Mary O'Connor**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ivan A Mendez , Jr.**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*


**Defendant**

| | | |
|---|---|---|
| **United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO** | represented by | **Alan M. Klinger**<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038<br>212–806–5400<br>Fax: 212–806–7818<br>Email: aklinger@stroock.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Arthur J Herskowitz**<br>Stroock & Stroock & Lavan<br>180 Maiden Lane, Office 32109<br>New York, NY 10038<br>212–806–5670<br>Fax: 212–806–6006<br>Email: aherskowitz@stroock.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Dina Kolker**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212–806–5400<br>Fax: 212–806–2606<br>Email: dkolker@stroock.com<br>*ATTORNEY TO BE NOTICED* |

**<u>Defendant</u>**

| | | |
|---|---|---|
| **Michael Mulgrew** | represented by | **Alan M. Klinger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Arthur J Herskowitz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Dina Kolker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**<u>Defendant</u>**

| | | |
|---|---|---|
| **Council of Supervisors and Administrators** | represented by | **Alan M. Klinger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Arthur J Herskowitz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Dina Kolker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**<u>Defendant</u>**

| | | |
|---|---|---|
| **Mark Cannizzaro** | represented by | **Alan M. Klinger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Arthur J Herskowitz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Dina Kolker** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**District Council 37, AFSCME AFL−CIO**                    represented by    **Hanan B. Kolko**
Cohen Weiss and Simon LLP
900 Third Avenue
Ste 2100
New York, NY 10022
212−563−4100
Fax: 212−563−6527
Email: HKolko@cwsny.com
*ATTORNEY TO BE NOTICED*

**Melissa S Woods**
Meyer, Suozzi English, Klein
1350 Broadway
Suite 501
New York, NY 10018
212−239−4999
Fax: 212−239−1311
Email: mwoods@cwsny.com
*ATTORNEY TO BE NOTICED*

**Peter D. DeChiara**
Cohen, Weiss and Simon LLP
900 Third Avenue
Suite 2100
New York, NY 10022
212−356−0216
Fax: 646−473−8216
Email: pdechiara@cwsny.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Henry Garrido**                    represented by    **Hanan B. Kolko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter D. DeChiara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**District Council 37, AFSCME AFL−CIO, Local 372**                    represented by    **Hanan B. Kolko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter D. DeChiara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shaun D. Francois I**                    represented by

**Hanan B. Kolko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa S Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter D. DeChiara**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**District Council 37, AFSCME**          represented by  **Peter D. DeChiara**
**AFL−CIO, Local 1251**                                  (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Francine Francis**                     represented by  **Hanan B. Kolko**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Melissa S Woods**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Peter D. DeChiara**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Martin F. Scheinman**                  represented by  **Gregg D. Weinstock**
                                                         Vigorito, Barker, Patterson, Nichols &
                                                         Porter LLP
                                                         300 Garden City Plaza
                                                         Ste 100
                                                         Garden City, NY 11530
                                                         516−282−3355
                                                         Fax: 516−908−4960
                                                         Email: g.weinstock@vbpnplaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Angela Rose Bonica**
                                                         Vigorito, Barker, Porter, Patterson
                                                         300 Garden City Plaza
                                                         Suite 308
                                                         Garden City, NY 11530
                                                         516−282−3355
                                                         Email: a.bonica@vbpnplaw.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Karolina Maria Wiaderna**
                                                         Vigorito, Barker, Patterson, Nichols &
                                                         Porter, LLP
                                                         300 Garden City Plaza
                                                         Ste 100
                                                         Garden City, NY 11530
                                                         347−546−4381
                                                         Fax: 516−908−4960
                                                         Email: k.wiaderna@vbpnplaw.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Scheinman Arbitration and Mediation Services**    represented by  **Gregg D. Weinstock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela Rose Bonica**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karolina Maria Wiaderna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scheinman Arbitration and Mediation Services, LLC**    represented by  **Gregg D. Weinstock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angela Rose Bonica**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karolina Maria Wiaderna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe #1–10**
*in their official and individual capacities*

**Defendant**

**Jane Doe #1–10**
*in their official and individual capacities*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2021 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC–15039651 Was the Disclosure Statement on Civil Cover Sheet completed –Yes,, filed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Jeannine Lam, Zabdiel Valera, Betiziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Marianna Ciacca–Liss, Lisa Williams, Stella Porto, Anita Quash, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Diane Baker–Pascius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Francine Trapani, Michelle Martino, Nicole Broecker, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Sciano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Felicia Hagan, Faye Kotzer, Fotina Lambos, Toniann Miraglia, Gina Porcello, Andrea Tichio, Dorca Geno, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. (Attachments: # 1 Exhibit A – 10–2–2021 email, # 2 Exhibit B – Secretary CBA, # 3 Exhibit C – Paraprofessional CBA, # 4 Exhibit D – Teachers CBA) (Graff, Austin) (Entered: 11/17/2021) |

| | | |
|---|---|---|
| 11/17/2021 | 2 | Emergency MOTION for Preliminary Injunction *and Temporary Restraining Order seeking an Order to restore the Plaintiffs' constitutional rights* by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams. (Attachments: # 1 Affidavit Emergency Affirmation of Austin Graff, # 2 Affidavit Affidavit of Nicole Broecker, # 3 Affidavit Affidavit of Jeannine Lam, # 4 Affidavit Affidavit of Stella Porto, # 5 Affidavit Affidavit of Gina Porcello, # 6 Affidavit Affidavit of Dina Hussein, # 7 Exhibit A – 10–2–2021 Email, # 8 Exhibit B – Complaint, # 9 Exhibit C – 11–17–2021 letter, # 10 Memorandum in Support Memorandum of Law) (Graff, Austin) (Entered: 11/17/2021) |
| 11/17/2021 | 3 | Proposed Summons. Re 1 Complaint,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 11/17/2021) |
| 11/17/2021 | 4 | Proposed Summons. Re 1 Complaint,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 11/17/2021) |

| 11/17/2021 | 5 | Proposed Summons. Re 1 Complaint,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 11/17/2021) |
| 11/17/2021 | 6 | Proposed Summons. Re 1 Complaint,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 11/17/2021) |
| 11/17/2021 | 7 | Civil Cover Sheet.. by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 11/17/2021) |
| 11/17/2021 | | Case Assigned to Judge Kiyo A. Matsumoto and Magistrate Judge Lois Bloom. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 11/17/2021) |
| 11/17/2021 | 8 | Summons Issued as to All Defendants. (Attachments: # 1 Mulgrew summons, # 2 UFT summons, # 3 Porter summons) (Bowens, Priscilla) (Entered: 11/17/2021) |

| 11/17/2021 | 9 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 11/17/2021) |
|---|---|---|
| 11/17/2021 | 10 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 11/17/2021) |
| 11/17/2021 | 11 | ORDER TO SHOW CAUSE. As described in the attached Order to Show Cause, personal service on all named Defendants shall be made on or before **9:30 AM, Thursday, November 18, 2021**; Defendants shall respond to the Order to Show Cause via ECF by **Friday, November 19, 2021, at 3:00 PM**; and, counsel for the above named Plaintiffs and Defendants shall appear for a hearing before this Court, with their clients if they choose to present testimony, at Courtroom 6C South, 225 Cadman Plaza East, Brooklyn, New York, on **Tuesday, November 23, 2021, at 12:00 PM**. All parties are required to send two bound courtesy copies of all papers relating to Plaintiffs' motion for preliminary injunction/temporary restraining order to chambers. Courtesy copies should be sent via FedEx or messenger to Judge Matsumoto's chambers, by **5:00 PM, close of business, Friday, November 19, 2021**. Ordered by Judge Kiyo A. Matsumoto on 11/17/2021. (Rodriguez Armenta, Elena) (Entered: 11/17/2021) |
| 11/19/2021 | 12 | AFFIDAVIT of Service for Summons, Complaint, exhibits to Complaint, Order to Show Cause, Proposed Order and Motion papers supporting Motion served on NYC Department of Education and Meisha Porter on November 17, 2021 and November 18, 2021, filed by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams. (Attachments: # 1 Exhibit Exhibit A to the Affirmation of Service by Austin Graff, # 2 Exhibit Exhibit B to the Affirmation of Service by Austin Graff, # 3 Exhibit Exhibit C to the Affirmation of Service by Austin Graff, # 4 Exhibit Exhibit D to the Affirmation of Service by Austin Graff, # 5 Exhibit Exhibit E to the Affirmation of Service by Austin Graff, # 6 Exhibit Exhibit F to the Affirmation of Service by Austin Graff, # 7 Exhibit Exhibit G to the Affirmation of Service by Austin Graff, # 8 Exhibit Exhibit H to the Affirmation of Service by Austin Graff, # 9 Exhibit Exhibit I to the Affirmation of Service by Austin Graff, # 10 Exhibit Exhibit J to the Affirmation of Service by Austin Graff, # 11 Exhibit Exhibit K to the Affirmation of Service by Austin Graff, # 12 Exhibit Exhibit L to the Affirmation of Service by Austin Graff, # 13 Exhibit Exhibit M to the Affirmation of Service by Austin Graff, # 14 Exhibit Exhibit N to the Affirmation of Service by Austin Graff, # 15 Exhibit Exhibit O to the Affirmation of Service by Austin Graff) (Graff, Austin) (Entered: 11/19/2021) |
| 11/19/2021 | 13 | AFFIDAVIT of Service for Summons and Complaint, Order to Show Cause, Proposed Order to Show Cause and supporting Motion papers served on United Federation of |

| | | |
|---|---|---|
| | | Teachers and Michael Mulgrew on November 18, 2021, filed by Rosa Abreu, Annette Backof, Diane Baker−Pascius, Kerry Ben−Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis−Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca−Liss, Paul Cifarelli, Sara Coombs−Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez−vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams. (Graff, Austin) (Entered: 11/19/2021) |
| 11/19/2021 | 14 | NOTICE of Appearance by Alan M. Klinger on behalf of United Federation of Teachers, Local 2, American Federation of Teachers, AFL−CIO (aty to be noticed) (Klinger, Alan) (Entered: 11/19/2021) |
| 11/19/2021 | 15 | NOTICE of Appearance by Dina Kolker on behalf of United Federation of Teachers, Local 2, American Federation of Teachers, AFL−CIO (aty to be noticed) (Kolker, Dina) (Entered: 11/19/2021) |
| 11/19/2021 | 16 | NOTICE of Appearance by Arthur J Herskowitz on behalf of United Federation of Teachers, Local 2, American Federation of Teachers, AFL−CIO (aty to be noticed) (Herskowitz, Arthur) (Entered: 11/19/2021) |
| 11/19/2021 | 17 | NOTICE of Appearance by Andrea Mary O'Connor on behalf of New York City Department of Education, Meisha Porter (aty to be noticed) (O'Connor, Andrea) (Entered: 11/19/2021) |
| 11/19/2021 | 18 | MEMORANDUM in Opposition re 2 Emergency MOTION for Preliminary Injunction *and Temporary Restraining Order seeking an Order to restore the Plaintiffs' constitutional rights* filed by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 11/19/2021) |
| 11/19/2021 | 19 | AFFIDAVIT/DECLARATION in Opposition re 2 Emergency MOTION for Preliminary Injunction *and Temporary Restraining Order seeking an Order to restore the Plaintiffs' constitutional rights* filed by New York City Department of Education, Meisha Porter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (O'Connor, Andrea) (Entered: 11/19/2021) |
| 11/19/2021 | 20 | MEMORANDUM in Opposition re 2 Emergency MOTION for Preliminary Injunction *and Temporary Restraining Order seeking an Order to restore the Plaintiffs' constitutional rights* filed by New York City Department of Education. (Klinger, Alan) (Entered: 11/19/2021) |
| 11/19/2021 | 21 | AFFIDAVIT/DECLARATION in Opposition re 2 Emergency MOTION for Preliminary Injunction *and Temporary Restraining Order seeking an Order to restore the Plaintiffs' constitutional rights* filed by United Federation of Teachers, Local 2, American Federation of Teachers, AFL−CIO. (Attachments: # 1 Exhibit A − UFTs declaration of impasse, # 2 Exhibit B − Letter from PERB to DOE, # 3 Exhibit C − Email to PERB, # 4 Exhibit D − September 10, 2021 Award, # 5 Exhibit E − September 15, 2021 Award, # 6 Exhibit F − Teamsters Award, # 7 Exhibit G − Temporary Restraining Order) (Klinger, Alan) (Entered: 11/19/2021) |
| 11/19/2021 | 22 | AFFIDAVIT/DECLARATION in Opposition re 2 Emergency MOTION for Preliminary Injunction *and Temporary Restraining Order seeking an Order to restore the Plaintiffs' constitutional rights (Declaration of Beth Norton)* filed by United Federation of Teachers, Local 2, American Federation of Teachers, AFL−CIO. (Attachments: # 1 Exhibit A − Email Chain with UFT) (Klinger, Alan) (Entered: 11/19/2021) |

| 11/19/2021 | 23 | CERTIFICATE OF SERVICE by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO re 21 Affidavit in Opposition to Motion,, 22 Affidavit in Opposition to Motion, 20 Memorandum in Opposition, (Klinger, Alan) (Entered: 11/19/2021) |
|---|---|---|
| 11/22/2021 | 24 | Letter *regarding witness testimony at November 23, 2021 hearing* by New York City Department of Education, Meisha Porter (O'Connor, Andrea) (Entered: 11/22/2021) |
| 11/22/2021 | 25 | Letter *to the Hon. Kiyo A. Matsumoto from Dina Kolker dated November 22, 2021 regarding Witness Testimony at November 23, 2021 Hearing* by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Kolker, Dina) (Entered: 11/22/2021) |
| 11/22/2021 | 26 | Letter *Letter to Hon. Judge Matsumoto* by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 11/22/2021) |
| 11/22/2021 | 27 | NOTICE of Appearance by Ivan A Mendez, Jr on behalf of New York City Department of Education, Meisha Porter (aty to be noticed) (Mendez, Ivan) (Entered: 11/22/2021) |
| 11/23/2021 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Show Cause Hearing held on 11/23/2021. Appearances: Austin R. Graff, Esq., for All Plaintiffs; Andrea Mary O'Connor, Esq., and Ivan A Mendez, Jr., Esq., for Defendants New York City Department of Education and Meisha Porter; Dina Kolker, Esq., and Alan M. Klinger, Esq., for Defendant United Federation of Teachers. The Court held a show cause hearing and heard oral argument as to Plaintiffs' instant application for a temporary restraining order and preliminary injunction. The Court has under advisement the instant application for injunctive relief, and will issue an order as to that application based on the request as presented by Plaintiff. All parties have requested leave for supplemental briefing as to the issue of vaccination as a job requirement and any corresponding due process rights, and the Court adopts the following briefing schedule: Plaintiffs shall file their supplemental briefing on this issue by **December 1, 2021**, and Defendants shall file their replies, if any, by **December 7, 2021**. The parties are reminded to send two bound courtesy copies of all papers related to their supplemental briefing to chambers. Courtesy copies should be sent via FedEx or messenger to Judge Matsumoto's chambers. (Court Reporter Sophie Nolan.) (Rodriguez Armenta, Elena) (Entered: 11/23/2021) |
| 11/24/2021 | 28 | Letter *Letter to Hon. Judge Matsumoto Regarding the Waiver* by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle |

| | | |
|---|---|---|
| | | McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 11/24/2021) |
| 11/24/2021 | 29 | Letter *in response to Plaintiffs' November 24, 2021 Letter* by New York City Department of Education, Meisha Porter (O'Connor, Andrea) (Entered: 11/24/2021) |
| 11/24/2021 | | ORDER: ORDER: Counsel for all parties are **immediately** directed to review any communications with the court via email or otherwise they or their clients have been making, deliberately or inadvertently, with Chambers. ***Ex parte*** communications by the parties with the court are not permitted. The parties and counsel are to cease using the courts link provided by the court for the order to show cause hearing. The link may only be used with the permission of the court to observe court proceedings. The court advises all parties and counsel that violating court orders could result in sanctions, including contempt. Counsel are Ordered to certify no later than by 5:00 p.m. on November 24, 2021, that they have advised their clients of this Order.Ordered by Judge Kiyo A. Matsumoto on 11/24/2021. (Williams–Jackson, Sandra) (Entered: 11/24/2021) |
| 11/24/2021 | 30 | Letter *Letter to the Judge regarding the Court's 11–24–21 Electronic Order* by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 11/24/2021) |
| 11/24/2021 | 31 | Letter *in response to the Court's November 24, 2021 Order* by New York City Department of Education, Meisha Porter (O'Connor, Andrea) (Entered: 11/24/2021) |
| 11/24/2021 | 32 | Letter *to the Hon. Kiyo A. Matsumoto from Dina Kolker dated November 24, 2021 regarding compliance with the Court's November 24, 2021 Order concerning ex parte communications* by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Kolker, Dina) (Entered: 11/24/2021) |
| 11/24/2021 | 33 | ORDER denying 2 Motion for Preliminary Injunction. For the reasons stated in the accompanying Order, Plaintiffs' motion for preliminary injunction is DENIED. Plaintiffs are ORDERED TO SHOW CAUSE by December 15, 2021, why this action should not be dismissed for lack of standing. Ordered by Judge Kiyo A. Matsumoto on 11/24/2021. (Rodriguez Armenta, Elena) (Entered: 11/24/2021) |
| 11/30/2021 | 34 | MEMORANDUM in Support re 11 Order to Show Cause,,, 18 Memorandum in Opposition, 20 Memorandum in Opposition, *further briefing on NYCDOE's Threat To Terminate Plaintiffs On December 1, 2021 Without Due Process* filed by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, |

| | | |
|---|---|---|
| | | Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams. (Graff, Austin) (Entered: 11/30/2021) |
| 12/07/2021 | 35 | MEMORANDUM in Opposition re 34 Memorandum in Support,,,,,, 33 Order on Motion for Preliminary Injunction, */Defendant United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO Supplemental Memorandum of Law* filed by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO. (Klinger, Alan) (Entered: 12/07/2021) |
| 12/07/2021 | 36 | DECLARATION re 34 Memorandum in Support,,,,,, 33 Order on Motion for Preliminary Injunction, */Declaration of Alan M. Klinger in Support of Defendant United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO's Position in Supplemental Briefing* by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Klinger, Alan) (Entered: 12/07/2021) |
| 12/07/2021 | 37 | MEMORANDUM in Opposition re 34 Memorandum in Support,,,,,, *Supplemental Briefing as to the Issue of Vaccination as a Job Requirement* filed by New York City Department of Education, Meisha Porter. (Attachments: # 1 Appendix A) (O'Connor, Andrea) (Entered: 12/07/2021) |
| 12/07/2021 | 38 | Letter MOTION for Leave to File Document */Dina Kolker Letter Motion for Leave to file a Supplemental Letter regarding Garland order* by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO. (Kolker, Dina) (Entered: 12/07/2021) |
| 12/08/2021 | | SCHEDULING ORDER: The parties are ordered to appear telephonically for a status conference today, **December 8, 2021, at 4:00 pm**, in light of Defendant UFT's request at 38 for supplemental filing. The parties shall dial into the conference by calling 1–888–684–8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 12/8/2021. (Rodriguez Armenta, Elena) (Entered: 12/08/2021) |
| 12/08/2021 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Status Conference held on 12/8/2021. Appearances: Austin R. Graff, Esq., for All Plaintiffs; Andrea Mary O'Connor, Esq., for Defendants New York City Department of Education and Meisha Porter; Dina Kolker, Esq., and Alan M. Klinger, Esq., for Defendant United Federation of Teachers. As requested in their 38 request for supplemental filing, Defendant UFT shall file an additional submission by December 9, 2021. Defendants' deadline to respond to Plaintiffs' complaint shall be extended to **one (1) week** from the date of the Court's ruling on Plaintiffs' reply to the Court's November 24, 2021, Order to Show Cause regarding standing, which is due December 15, 2021. Accordingly, Defendants shall file either their answers, or requests for a pre–motion conference, one week after the Court issues a decision as to Plaintiffs' standing. Defendants may file replies, if any, to Plaintiffs' forthcoming submission regarding standing by **December 20, 2021.** (Court Reporter Denise Parisi.) (Rodriguez Armenta, Elena) (Entered: 12/08/2021) |
| 12/08/2021 | | ORDER granting 38 Motion for Leave to File supplemental letter. Defendant UFT shall file a supplemental letter by **5:00 PM close of business, Thursday, December 9, 2021,** addressing this Court's December 6, 2021, Order in *Garland, et al. v. New York City Fire Department, et al.*, Docket No. 21 CV 6586 (KAM)(CLP). No further extensions or additional submissions shall be permitted as to this issue. Ordered by Judge Kiyo A. Matsumoto on 12/8/2021. (Rodriguez Armenta, Elena) (Entered: 12/08/2021) |

| 12/09/2021 | 39 | Letter /Dina Kolker Letter re: Supplemental Submission pertaining to December 6, 2021 Garland Order by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Kolker, Dina) (Entered: 12/09/2021) |
|---|---|---|
| 12/13/2021 | 40 | RESPONSE TO ORDER TO SHOW CAUSE by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 12/13/2021) |
| 12/20/2021 | 41 | MEMORANDUM in Opposition re 40 Response to Order to Show Cause,,,,, regarding plaintiffs' standing filed by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 12/20/2021) |
| 12/20/2021 | 42 | RESPONSE TO ORDER TO SHOW CAUSE by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Klinger, Alan) (Entered: 12/20/2021) |
| 12/20/2021 | 43 | Letter to the Court correcting the NYCDOE's Misstatements in DE #41 by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 12/20/2021) |
| 12/22/2021 | | SCHEDULING ORDER: The Court is in receipt of the Plaintiffs' response 40 , Defendants' responses 41 , 42 , and Plaintiffs' letter 43 to the Court's November 24, 2021, Order to Show Cause. The Court finds that Plaintiff–members of the UFT have standing to seek redress from this Court. The court cannot find that Plaintiff–members of the unions Council of Supervisors and Administrators ("CSA") and District Council 37, City of New York ("DC 37"), have standing to bring the instant claims alleged in the Complaint. The Court respectfully directs Plaintiffs to stipulate as to the dismissal of the claims by the CSA and DC 37 plaintiffs and/or amend their Complaint, and to do so no later than required by Rule 15. Fed. R. Civ. P. 15. The parties shall proceed as follows: Defendants' deadline to respond to Plaintiffs' Complaint or to request a pre–motion conference pursuant to Rule 12, shall be one (1) week from the date of this Order. Accordingly, Defendants shall file either their answers, or requests for a pre–motion conference, on or before **December 29, 2021**. Plaintiffs shall respond to any pre–motion conference request two days thereafter. Finally, Plaintiffs are |

| | | |
|---|---|---|
| | | respectfully ordered to file a status update with the Court on or before **January 3, 2021**, as to any changes in the Plaintiff class following vaccinations or accommodations. Ordered by Judge Kiyo A. Matsumoto on 12/22/2021. (Rodriguez Armenta, Elena) (Entered: 12/22/2021) |
| 12/22/2021 | 44 | Letter *Letter to Extend Time to File a Paper* by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 12/22/2021) |
| 12/28/2021 | 45 | Letter MOTION for Extension of Time to File *response to Complaint* by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 12/28/2021) |
| 12/29/2021 | | ORDER granting 45 Motion for Extension of Time to File. The Court grants the parties' requests for extensions at 44 and 45 . Plaintiffs' shall have an extension until January 12, 2022, to file their Amended Complaint. The Defendants shall file their responses to Plaintiffs' Amended Complaint by January 26, 2022. Ordered by Judge Kiyo A. Matsumoto on 12/29/2021. (Rodriguez Armenta, Elena) (Entered: 12/29/2021) |
| 01/03/2022 | 46 | Letter *responding to the Court's request for an update regarding the Plaintiffs' status* by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, RoseAnna Silverstri Incantalupo, Lisa Simo, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Lisa Williams (Graff, Austin) (Entered: 01/03/2022) |
| 01/10/2022 | 47 | AMENDED COMPLAINT against All Defendants, filed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Jeannine Lam, Zabdiel Valera, Betiziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Marianna Ciacca–Liss, Lisa Williams, Stella Porto, Anita Quash, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Diane Baker–Pascius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne |

| | | |
|---|---|---|
| | | Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Francine Trapani, Michelle Martino, Nicole Broecker, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Sciano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Felicia Hagan, Faye Kotzer, Fotina Lambos, Toniann Miraglia, Gina Porcello, Andrea Tichio, Dorca Geno, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman, Laura Salamone, Aura Moody, Aubrey Joergens, Meagan Velez, Jennifer Zaccariello, Richard Joseph, Elizabeth Loiacono, Lorraine Masciarelli, Deidra Statuto, Eleni Gerasimou, Henrietta Shaya. (Attachments: # 1 Exhibit Exhibit A – About the UFT, # 2 Exhibit Exhibit B – What is CSA, # 3 Exhibit Exhibit C – Local 372 webpage, # 4 Exhibit Exhibit D – Local 1251 webpage, # 5 Exhibit Exhibit E – UFT Arbitration Award, # 6 Exhibit Exhibit F – CSA Arb Award, # 7 Exhibit Exhibit G – Vaccine Mandate Order, # 8 Exhibit Exhibit H – NY Post Article, # 9 Exhibit Exhibit I– Declaration of Impasse, # 10 Exhibit Exhibit J – PERB appoint mediator, # 11 Exhibit Exhibit K – Klinger email, # 12 Exhibit Exhibit L – Teachers CBA, # 13 Exhibit Exhibit M – MOA with DC37, # 14 Exhibit Exhibit N – Release _Redacted) (Graff, Austin) (Entered: 01/10/2022) |
| 01/10/2022 | 48 | Proposed Summons. Re 47 Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |
| 01/10/2022 | 49 | Proposed Summons. Re 47 Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |

| | | |
|---|---|---|
| 01/10/2022 | <u>50</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |
| 01/10/2022 | <u>51</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |
| 01/10/2022 | <u>52</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |

| | | |
|---|---|---|
| 01/10/2022 | <u>53</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |
| 01/10/2022 | <u>54</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |
| 01/10/2022 | <u>55</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |

| | | |
|---|---|---|
| 01/10/2022 | <u>56</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |
| 01/10/2022 | <u>57</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |
| 01/10/2022 | <u>58</u> | Proposed Summons. Re <u>47</u> Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Diane Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betiziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Geno, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Fran Schmitter, Beth Sciano, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 01/10/2022) |

| | | |
|---|---|---|
| 01/12/2022 | | Your proposed summons was not issued for one of the following reasons: **If multiple defendants, there must me a rider attached to the summons with the name and addresses of all defendants included.,**<br><br>Please correct and resubmit using Proposed Summons/Civil Cover Sheet. (Herrera, Isaiah) (Entered: 01/12/2022) |
| 01/12/2022 | 59 | Proposed Summons. Re 47 Amended Complaint,,,,,,,, by Rosa Abreu, Annette Backof, Dianne Baker–Pascius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Jennifer Zaccariello (Graff, Austin) (Entered: 01/12/2022) |
| 01/18/2022 | 60 | **Supplemental Summons Issued** as to Mark Cannizzaro, Council of Supervisors and Administrators, District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 1251, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido, Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC. (Latka–Mucha, Wieslawa) (Entered: 01/18/2022) |
| 01/26/2022 | 61 | Letter MOTION for pre motion conference re 47 Amended Complaint,,,,,,,, by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 01/26/2022) |
| 01/26/2022 | 62 | Letter MOTION for pre motion conference re 47 Amended Complaint,,,,,,,, by United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO. (Klinger, Alan) (Entered: 01/26/2022) |
| 01/27/2022 | | ORDER granting 61 Motion for Pre Motion Conference by Defendants New York City Department of Education, Meisha Porter; granting 62 Motion for Pre Motion Conference by Defendants United Federation of Teachers. The Court is in receipt of Defendants' 61 , 62 letters requesting a pre–motion conference. The Court will reserve scheduling a date for a pre–motion conference until the following actions are taken: (1) Plaintiffs are ordered to serve all other, newly–named Defendants with a copy of this Order by today, January 27, 2022, 5:00 pm, close of business, and note service on the docket; (2) all other, newly–named Defendants are requested to file appearances on the record immediately after receiving a copy of this Order; and, (3) all other, newly–named Defendants shall file a response to Defendants' 61 , 62 letters requesting a pre–motion conference by February 4, 2022. Plaintiffs shall then file a single, consolidated response to all Defendants' letters regarding a pre–motion conference by February 9, 2022. Ordered by Judge Kiyo A. Matsumoto on 1/27/2022. (Rodriguez Armenta, Elena) (Entered: 01/27/2022) |
| 01/27/2022 | 63 | AFFIDAVIT/AFFIRMATION re Order on Motion for Pre Motion Conference,,,,,,,,, *Affirmation of Service of the Court's January 27, 2022 Order* by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni |

| | | |
|---|---|---|
| | | Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Attachments: # <u>1</u> Exhibit A – Fax to Francois, # <u>2</u> Exhibit B – Email to Francois, # <u>3</u> Exhibit C – Fax to Defendant Cannizzaro, # <u>4</u> Exhibit D – Email to Cannizzaro, # <u>5</u> Exhibit E – Fax to Local 372, # <u>6</u> Exhibit F – Fax to Council of Supervisors and Administrators, # <u>7</u> Exhibit G – email to Defendant Francis, # <u>8</u> Exhibit H – Email to Scheinman, SAMS, and SAMS, LLC, # <u>9</u> Exhibit I – email to Local 1251, # <u>10</u> Exhibit J – Fax to DC37, # <u>11</u> Exhibit K – Email to DC37, # <u>12</u> Exhibit L – Fax to Garrido, # <u>13</u> Exhibit M – Email to Garrido) (Graff, Austin) (Entered: 01/27/2022) |
| 01/27/2022 | <u>64</u> | NOTICE of Appearance by Alan M. Klinger on behalf of Council of Supervisors and Administrators (aty to be noticed) (Klinger, Alan) (Entered: 01/27/2022) |
| 01/27/2022 | <u>65</u> | NOTICE of Appearance by Dina Kolker on behalf of Council of Supervisors and Administrators (aty to be noticed) (Kolker, Dina) (Entered: 01/27/2022) |
| 01/31/2022 | <u>66</u> | NOTICE of Appearance by Gregg D. Weinstock on behalf of Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC (aty to be noticed) (Weinstock, Gregg) (Entered: 01/31/2022) |
| 01/31/2022 | <u>67</u> | NOTICE of Appearance by Karolina Maria Wiaderna on behalf of Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC (aty to be noticed) (Wiaderna, Karolina) (Entered: 01/31/2022) |
| 01/31/2022 | <u>68</u> | NOTICE of Appearance by Angela Rose Bonica on behalf of Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC (aty to be noticed) (Bonica, Angela) (Entered: 01/31/2022) |
| 02/04/2022 | <u>69</u> | Letter *to Judge Matsumoto* by Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC (Wiaderna, Karolina) (Entered: 02/04/2022) |
| 02/04/2022 | <u>70</u> | REPLY in Support re Order on Motion for Pre Motion Conference,,,,,,,,, filed by Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC. (Wiaderna, Karolina) (Entered: 02/04/2022) |
| 02/04/2022 | <u>71</u> | Letter MOTION for pre motion conference re <u>47</u> Amended Complaint,,,,,,,, by Council of Supervisors and Administrators. (Klinger, Alan) (Entered: 02/04/2022) |
| 02/04/2022 | <u>72</u> | First MOTION for pre motion conference *to file an Order to Show Cause and Preliminary Injunction* by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica |

| | | |
|---|---|---|
| | | Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello. (Graff, Austin) (Entered: 02/04/2022) |
| 02/04/2022 | | ORDER deferring ruling on 72 Motion for Pre Motion Conference. All Defendants are directed to respond to pre–motion conference request 72 by 12:00 pm noon, EST, **Monday, February 7, 2022**. The Court will reserve a ruling on 72 until all Defendants have responded. All filing deadlines in the Court's January 27, 2022, Order remain unchanged. Ordered by Judge Kiyo A. Matsumoto on 2/4/2022. (Rodriguez Armenta, Elena) (Entered: 02/04/2022) |
| 02/04/2022 | 73 | Letter *from Alan M. Klinger in response to Plaintiffs' Letter filed February 4, 2022 (Doc 72)* by Council of Supervisors and Administrators, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Klinger, Alan) (Entered: 02/04/2022) |
| 02/07/2022 | 74 | RESPONSE in Opposition re 72 First MOTION for pre motion conference *to file an Order to Show Cause and Preliminary Injunction* filed by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 02/07/2022) |
| 02/07/2022 | 75 | Letter *to Judge Matsumoto* by Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC (Wiaderna, Karolina) (Entered: 02/07/2022) |
| 02/07/2022 | | ORDER granting 72 Motion for Pre Motion Conference. The parties are ordered to appear telephonically for a pre–motion conference today, February 7, at 4:00 pm. The parties shall dial into the conference by calling 1–888–684–8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 2/7/2022. (Rodriguez Armenta, Elena) (Entered: 02/07/2022) |
| 02/07/2022 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Pre Motion Conference held on 2/7/2022. The Court held a pre–motion conference in Courtroom 6C South. The parties appeared by telephone. Appearances: Austin R. Graff, Esq., for All Plaintiffs; Andrea Mary O'Connor, Esq., for Defendants New York City Department of Education and Meisha Porter ("NYC DOE"); Dina Kolker, Esq., and Alan M. Klinger, Esq., for Defendant United Federation of Teachers ("UFT") and Council of Supervisors and Administrators ("CSA"); Karolina Maria Wiaderna, Esq., for Defendants Martin F. Scheinman and Scheinman Arbitration and Mediation Services. The Court held a pre–motion conference as to Plaintiffs' anticipated emergency application for a temporary restraining order and preliminary injunction. The Court adopts the following briefing schedule: Plaintiffs shall file their motion, and Defendants UFT and CSA shall file any related letter of support, by **12:00 pm noon, February 8, 2022**. Defendant NYC DOE shall file its opposition, with a page limit of (35) thirty–five pages, by **close of business, 5:00 pm, February 9, 2022**. Plaintiffs shall file a reply, if any, by **Thursday, February 10, 2022, at 11:00 am**. The parties are reminded to send two bound courtesy copies of all papers related to their motion papers to chambers. Courtesy copies should be sent via FedEx or messenger to Judge Matsumoto's chambers. (Court Reporter Linda Danelczyk.) (Rodriguez Armenta, Elena) (Entered: 02/07/2022) |
| 02/08/2022 | 76 | MOTION for Preliminary Injunction by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, |

| | | |
|---|---|---|
| | | Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello. (Attachments: # 1 Affidavit Affirmation of Austin Graff in support of motion, # 2 Declaration James Hoffman Declaration, # 3 Declaration Nathalie Charles Declaration, # 4 Declaration Serena Mendez Declaration, # 5 Declaration Tara Palladino Declaration, # 6 Declaration Janelle Lotito Declaration, # 7 Exhibit Termination Notices, # 8 Exhibit Health Screening Questionnaire, # 9 Exhibit Antibody tests, # 10 Exhibit PS I Love You Flyer, # 11 Exhibit Indeed Post, # 12 Exhibit Amended Complaint, # 13 Memorandum in Support Memorandum of Law in support) (Graff, Austin) (Entered: 02/08/2022) |
| 02/08/2022 | 77 | Letter /Alan M. Klinger Letter in support of Plaintiffs' emergency application for a temporary restraining order and preliminary injunction by Council of Supervisors and Administrators, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Klinger, Alan) (Entered: 02/08/2022) |
| 02/08/2022 | 78 | REPLY in Opposition re 69 Letter, 71 Letter MOTION for pre motion conference re 47 Amended Complaint,,,,,,,, , Order on Motion for Pre Motion Conference,,,,,,,, filed by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello. (Graff, Austin) (Entered: 02/08/2022) |
| 02/09/2022 | 79 | MEMORANDUM in Opposition re 77 Letter, 76 MOTION for Preliminary Injunction filed by New York City Department of Education, Meisha Porter. (Attachments: # 1 Appendix A, # 2 Appendix B) (O'Connor, Andrea) (Entered: 02/09/2022) |
| 02/09/2022 | | ORDER. Pursuant to the Plaintiffs' 76 Application for an Order to Show Cause, the parties are ordered to jointly advise the Court by close of business today, **5:00 pm, February 9, 2022**, as to whether the parties intend to introduce witness testimony or other additional evidence at an show cause hearing, or whether the parties' submissions provide a sufficient record for the Court to decide Plaintiffs' for preliminary injunction and temporary restraining order. Ordered by Judge Kiyo A. Matsumoto on 2/9/2022. (Rodriguez Armenta, Elena) (Entered: 02/09/2022) |
| 02/09/2022 | 80 | Letter Response to Court Order regarding Witness Testimony by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, |

| | | |
|---|---|---|
| | | Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 02/09/2022) |
| 02/09/2022 | 81 | Letter *on behalf of all parties in response to the Court's February 9, 2022 Order* by New York City Department of Education, Meisha Porter (O'Connor, Andrea) (Entered: 02/09/2022) |
| 02/10/2022 | 82 | REPLY in Support re 76 MOTION for Preliminary Injunction , 79 Memorandum in Opposition *in further support of the Plaintiffs request for a Preliminary Injunction* filed by All Plaintiffs. (Graff, Austin) (Entered: 02/10/2022) |
| 02/10/2022 | 83 | NOTICE of Appearance by Melissa S Woods on behalf of District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido (aty to be noticed) (Woods, Melissa) (Entered: 02/10/2022) |
| 02/10/2022 | 84 | NOTICE of Appearance by Peter D. DeChiara on behalf of District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido (aty to be noticed) (DeChiara, Peter) (Entered: 02/10/2022) |
| 02/10/2022 | 85 | NOTICE of Appearance by Hanan B. Kolko on behalf of District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido (aty to be noticed) (Kolko, Hanan) (Entered: 02/10/2022) |
| 02/11/2022 | 86 | RESPONSE in Opposition re 76 MOTION for Preliminary Injunction *regarding NY State Court denial of TRO filed by Defendants UFT, CSA and DC 37* filed by New York City Department of Education, Meisha Porter. (Attachments: # 1 Appendix Order Denying TRO, # 2 Appendix Interim Order) (O'Connor, Andrea) (Entered: 02/11/2022) |
| 02/11/2022 | 87 | REPLY to Response to Motion re 76 MOTION for Preliminary Injunction *letter in response to NYCDOE 2–11–2022 letter regarding State Court Order* filed by All Plaintiffs. (Graff, Austin) (Entered: 02/11/2022) |
| 02/11/2022 | 88 | Letter *Re NYC's MTD* by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 1251, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido (DeChiara, Peter) (Entered: 02/11/2022) |
| 02/11/2022 | 89 | ORDER denying 76 Motion for Preliminary Injunction. For the reasons stated in the accompanying Order, Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order is DENIED. Ordered by Judge Kiyo A. Matsumoto on 2/11/2022. (Rodriguez Armenta, Elena) (Entered: 02/11/2022) |
| 02/11/2022 | | ORDER granting 71 Motion for Pre Motion Conference. Pre Motion Hearing set for 2/25/2022 02:00 PM in Courtroom 6C South before Judge Kiyo A. Matsumoto. As provided in the Court's January 27, 2022, Order, the Court will hold a pre–motion conference in anticipation of the Defendants' motions to dismiss. The Court is in receipt of the DC 37 Defendants letter at 88 . The DC 37 Defendants are ordered to file any pre–motion conference request by February 16, 2022, and Plaintiffs may file a response to any request made by DC 37 Defendants by February 21, 2022. The parties will appear for a telephonic status conference **Friday, February 25, 2022, at 2:00 pm**. The parties shall dial into the conference by calling 1–888–684–8852 and entering the |

| | | following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 2/11/2022. (Rodriguez Armenta, Elena) (Entered: 02/11/2022) |
|---|---|---|
| 02/14/2022 | 90 | Consent MOTION to Adjourn Conference *scheduled for February 25, 2022* by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 02/14/2022) |
| 02/14/2022 | | ORDER granting 90 Motion to Adjourn Conference. Pre Motion Hearing set for 3/2/2022 03:00 PM in Courtroom 6C South before Judge Kiyo A. Matsumoto. At the request of counsel for Defendants NYC DOE and and Meisha Porter, to which all parties consent, the pre–motion conference scheduled for February 25, 2022, is rescheduled for **Wednesday, March 2, 2022, at 3:00 pm**. All filing deadlines remain unchanged. The parties shall dial into the conference by calling 1–888–684–8852 and entering the following access code: 1312089.Ordered by Judge Kiyo A. Matsumoto on 2/14/2022. (Rodriguez Armenta, Elena) (Entered: 02/14/2022) |
| 02/16/2022 | 91 | Letter MOTION for pre motion conference by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 1251, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido. (DeChiara, Peter) (Entered: 02/16/2022) |
| 02/17/2022 | 92 | RESPONSE to Motion re 91 Letter MOTION for pre motion conference *Response Letter to DC37 Pre–Motion Conference Letter* filed by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello. (Graff, Austin) (Entered: 02/17/2022) |
| 02/23/2022 | 93 | MOTION for pre motion conference by Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC. (Wiaderna, Karolina) (Entered: 02/23/2022) |
| 02/23/2022 | | ORDER granting 91 Motion for Pre Motion Conference; granting 93 Motion for Pre Motion Conference. Pre Motion Hearing set for 3/2/2022 03:00 PM in Courtroom 6C South before Judge Kiyo A. Matsumoto. The Court is in receipt of District Council 37 Defendants' 91 Motion for Pre–Motion Conference and the Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC Defendants' 93 Motion for Pre–Motion Conference. Plaintiffs shall respond to 93 Defendants' request for a pre–motion conference by Monday, February 28, 2022. All pre–motion conference requests by all Defendants will be addressed during the Court's scheduled pre–motion conference on **Wednesday, March 2, 2022, at 3:00 pm**. The parties shall dial into the conference by calling 1–888–684–8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 2/23/2022. (Rodriguez Armenta, Elena) (Entered: 02/23/2022) |
| 02/24/2022 | 94 | Letter *Letter to the Court regarding Scheinman Defendants' Pre–Motion Conference Letter* by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, |

| | | |
|---|---|---|
| | | Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Graff, Austin) (Entered: 02/24/2022) |
| 02/28/2022 | 95 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. Council of Supervisors and Administrators served on 1/27/2022, answer due 2/17/2022. (Graff, Austin) (Entered: 02/28/2022) |
| 02/28/2022 | 96 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. Mark Cannizzaro served on 1/27/2022, answer due 2/17/2022. (Graff, Austin) (Entered: 02/28/2022) |

| | | |
|---|---|---|
| 02/28/2022 | 97 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. District Council 37, AFSCME AFL–CIO served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 02/28/2022) |
| 02/28/2022 | 98 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. Henry Garrido served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 02/28/2022) |
| 02/28/2022 | 99 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia |

| | | Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. District Council 37, AFSCME AFL–CIO, Local 372 served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 02/28/2022) |
|---|---|---|
| 02/28/2022 | 100 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. Shaun D. Francois I served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 02/28/2022) |
| 02/28/2022 | 101 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. Francine Francis served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 02/28/2022) |
| 02/28/2022 | 102 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James |

| | | Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. District Council 37, AFSCME AFL–CIO, Local 1251 served on 2/8/2022, answer due 3/1/2022. (Graff, Austin) (Entered: 02/28/2022) |
|---|---|---|
| 02/28/2022 | 103 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. Martin F. Scheinman served on 1/25/2022, answer due 2/15/2022. (Graff, Austin) (Entered: 02/28/2022) |
| 02/28/2022 | 104 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. Scheinman Arbitration and Mediation Services served on 1/25/2022, answer due 2/15/2022. (Graff, Austin) (Entered: 02/28/2022) |
| 03/01/2022 | 105 | SUMMONS Returned Executed by Andrea Jackson, Joan Giammarino, Nicoletta Masullo, Debbie Bertram, Tami Beneduce, Kerry Ben–Jacob, Rafael Toro, Leah Kukla, Richard Joseph, Jeannine Lam, Zabdiel Valera, Betziada Cruz, Yvonne Costello, Crystal Salas, Serina Mendez, Janelle Lotito, Henrietta Shaya, Carola Martinez–vanBokkem, Nicole Moore, Brianna Perez, Aura Moody, Marianna Ciacca–Liss, Stella Porto, Anita Quash, Deidra Statuto, Danielle McGuire, Angela Velez, Tara Palladino, Fran Schmitter, Herendyra Pereyra, Jessica Nicchio, Christopher Hansen, Kimberli Madden, Ayse Ustares, Diane Pagen, Kelly Dixon, Maria Ruscelli, Rachel Maniscalco, Stephanie Franzese, Dianne Baker–Pacius, Frances DiProssimo, Victoria Russo, Nathalie Charles, Debbie Hartz, Jessica Narciso, Marie Mosley, Elizabeth Placencio, Sharlayne Jacobs, Paul Cifarelli, Lisa Simo, |

| | | |
|---|---|---|
| | | Danielle Heal, Jennifer Zaccariello, Francine Trapani, Michelle Martino, Nicole Broecker, Meagan Velez, Rosa Abreu, Julia Blasis–Maring, Yaditza Rodriguez, Dina Hussein, Beth Schiano, Jeanean Sanchez, Annette Backof, Maritza Romero, Sara Coombs–Moreno, Elizabeth Figueroa, Sally Mussafi, Benedict LoParrino, James Hoffman, Lorraine Masciarelli, Laura Salamone, Julia Harding, Anastasia Christopoulos, Lynn Pepe, Soraya Sanchez, Aubrey Joergens, Felicia Hagan, Faye Kotzer, Fotina Lambos, Gina Porcello, Toniann Miraglia, Eleni Gerasimou, Elizabeth Loiacono, Andrea Tichio, Dorca Genao, Monique Moore, Ekaterina Udina, Julia Mavis, Amoura Bryan, Maria Klapakis, RoseAnna Silverstri Incantalupo, Stephanie Edmonds, Rena Gellman. Scheinman Arbitration and Mediation Services, LLC served on 2/25/2022, answer due 3/18/2022. (Graff, Austin) (Entered: 03/01/2022) |
| 03/02/2022 | 106 | First MOTION to Adjourn Conference *on March 2, 2022 at 3:00 pm (emergency request)* by Martin F. Scheinman, Scheinman Arbitration and Mediation Services. (Wiaderna, Karolina) (Entered: 03/02/2022) |
| 03/02/2022 | | ORDER granting 106 Motion to Adjourn Conference. Pre Motion Hearing set for 3/7/2022 10:00 AM in Courtroom 6D South before Judge Kiyo A. Matsumoto. Given the request at 106 for an adjournment, to which all parties consent, the pre–motion conference currently scheduled for today at 3:00 pm is rescheduled for **March 7, 2022, at 10:00 am**. The parties shall dial into the conference by calling 1–888–684–8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 3/2/2022. (Rodriguez Armenta, Elena) (Entered: 03/02/2022) |
| 03/07/2022 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Pre Motion Conference held on 3/7/2022. The Court held a pre–motion conference in Courtroom 6C South. The parties appeared by telephone. Appearances: Austin R. Graff, Esq., for All Plaintiffs; Andrea Mary O'Connor, Esq., for Defendants New York City Department of Education and Meisha Porter ("NYC DOE"); Dina Kolker, Esq., and Alan M. Klinger, Esq., for Defendant United Federation of Teachers ("UFT") and Council of Supervisors and Administrators ("CSA"); Peter D. DeChiara, Esq., for District Council 37, Local 372 and Local 1251 ("DC 37"); Karolina Maria Wiaderna, Esq., for Defendants Martin F. Scheinman, Scheinman Arbitration and Mediation Services, and Scheinman Arbitration and Mediation Services, LLC. The Court held a pre–motion conference as to Defendants' anticipated motions to dismiss. Plaintiffs declined to dismiss Martin F. Scheinman, Scheinman Arbitration and Mediation Services, and Scheinman Arbitration and Mediation Services, LLC, as party–Defendants. The Court adopts the following briefing schedule: Defendants shall serve their moving papers by **April 4, 2022**; Plaintiffs shall serve their consolidated opposition to the motions to dismiss by **May 10, 2022**; Defendants shall serve their replies by **May 24, 2022**. On May 24, 2022, the parties shall file, in logical order, the fully briefed motions via ECF. The Defendants are requested to consider coordinating or consolidating their filings, if possible. Plaintiffs shall have a page limit extension for their consolidated opposition. The parties are further reminded to send two bound courtesy copies of all papers related to the motions to dismiss to chambers. Courtesy copies should be sent via FedEx or messenger to Judge Matsumoto's chambers. (Court Reporter Anthony Frisolone.) (Rodriguez Armenta, Elena) (Entered: 03/07/2022) |
| 03/07/2022 | 107 | NOTICE of Appearance by Alan M. Klinger on behalf of Mark Cannizzaro (aty to be noticed) (Klinger, Alan) (Entered: 03/07/2022) |
| 03/07/2022 | 108 | NOTICE of Appearance by Alan M. Klinger on behalf of Michael Mulgrew (aty to be noticed) (Klinger, Alan) (Entered: 03/07/2022) |
| 03/07/2022 | 109 | NOTICE of Appearance by Dina Kolker on behalf of Mark Cannizzaro (aty to be noticed) (Kolker, Dina) (Entered: 03/07/2022) |
| 03/07/2022 | 110 | NOTICE of Appearance by Dina Kolker on behalf of Michael Mulgrew (aty to be noticed) (Kolker, Dina) (Entered: 03/07/2022) |
| 03/07/2022 | 111 | NOTICE of Appearance by Arthur J Herskowitz on behalf of Mark Cannizzaro (aty to be noticed) (Herskowitz, Arthur) (Entered: 03/07/2022) |
| 03/07/2022 | 112 | NOTICE of Appearance by Arthur J Herskowitz on behalf of Michael Mulgrew (aty to be noticed) (Herskowitz, Arthur) (Entered: 03/07/2022) |

| | | |
|---|---|---|
| 03/07/2022 | 113 | NOTICE of Appearance by Arthur J Herskowitz on behalf of Council of Supervisors and Administrators (aty to be noticed) (Herskowitz, Arthur) (Entered: 03/07/2022) |
| 05/24/2022 | 114 | Notice of MOTION to Dismiss for Failure to State a Claim by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 05/24/2022) |
| 05/24/2022 | 115 | AFFIDAVIT/DECLARATION in Support re 114 Notice of MOTION to Dismiss for Failure to State a Claim filed by New York City Department of Education, Meisha Porter. (Attachments: # 1 Exhibit A) (O'Connor, Andrea) (Entered: 05/24/2022) |
| 05/24/2022 | 116 | MEMORANDUM in Support re 114 Notice of MOTION to Dismiss for Failure to State a Claim filed by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 05/24/2022) |
| 05/24/2022 | 117 | MOTION to Dismiss for Failure to State a Claim by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 1251, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido. (DeChiara, Peter) (Entered: 05/24/2022) |
| 05/24/2022 | 118 | MEMORANDUM in Support re 117 MOTION to Dismiss for Failure to State a Claim filed by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 1251, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido. (DeChiara, Peter) (Entered: 05/24/2022) |
| 05/24/2022 | 119 | REPLY in Support re 117 MOTION to Dismiss for Failure to State a Claim , 118 Memorandum in Support, *Reply Memorandum of Law of DC 37 Defendants in Support of Their Motion to Dismiss* filed by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 1251, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido. (DeChiara, Peter) (Entered: 05/24/2022) |
| 05/24/2022 | 120 | Letter *to Judge re Documents In Support of Motion to Dismiss* by District Council 37, AFSCME AFL–CIO, District Council 37, AFSCME AFL–CIO, Local 1251, District Council 37, AFSCME AFL–CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido (DeChiara, Peter) (Entered: 05/24/2022) |
| 05/24/2022 | 121 | Notice of MOTION to Dismiss for Failure to State a Claim by Mark Cannizzaro, Council of Supervisors and Administrators, Michael Mulgrew, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO. (Klinger, Alan) (Entered: 05/24/2022) |
| 05/24/2022 | 122 | MEMORANDUM in Support re 121 Notice of MOTION to Dismiss for Failure to State a Claim filed by Mark Cannizzaro, Council of Supervisors and Administrators, Michael Mulgrew, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO. (Klinger, Alan) (Entered: 05/24/2022) |
| 05/24/2022 | 123 | CERTIFICATE OF SERVICE by Mark Cannizzaro, Council of Supervisors and Administrators, Michael Mulgrew, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO re 122 Memorandum in Support, 121 Notice of MOTION to Dismiss for Failure to State a Claim (Klinger, Alan) (Entered: 05/24/2022) |
| 05/24/2022 | 124 | MOTION to Dismiss for Failure to State a Claim by Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit a. sum.amend comp – ECF doc 47, # 4 Exhibit B. memo and order doc 89, # 5 Certificate of Service) (Wiaderna, Karolina) (Entered: 05/24/2022) |
| 05/24/2022 | 125 | AFFIDAVIT/DECLARATION in Opposition re 117 MOTION to Dismiss for Failure to State a Claim , 121 Notice of MOTION to Dismiss for Failure to State a Claim , 124 MOTION to Dismiss for Failure to State a Claim , 114 Notice of MOTION to Dismiss for Failure to State a Claim *Opposition to the Defendants' Motions to Dismiss* filed by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia |

| | | |
|---|---|---|
| | | Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello. (Attachments: # 1 Exhibit A – Arbitrator Scheinman, # 2 Exhibit B – Arbitrator Peak, # 3 Exhibit C – Arbitrator McCray, # 4 Exhibit D – Arbitrator Grey, # 5 Exhibit E – Arbitrator Reilly, # 6 Exhibit F – Arbitrator Torrey, # 7 Exhibit G – Notices of Determinations) (Graff, Austin) (Entered: 05/24/2022) |
| 05/24/2022 | 126 | MEMORANDUM in Opposition re 125 Affidavit in Opposition to Motion,,,,,,,, *Memorandum of Law in Opposition to the Defendants' Motions to Dismiss* filed by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello. (Graff, Austin) (Entered: 05/24/2022) |
| 05/24/2022 | 127 | REPLY in Support re 114 Notice of MOTION to Dismiss for Failure to State a Claim filed by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 05/24/2022) |
| 05/24/2022 | 128 | REPLY in Support re 121 Notice of MOTION to Dismiss for Failure to State a Claim filed by Mark Cannizzaro, Council of Supervisors and Administrators, Michael Mulgrew, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO. (Kolker, Dina) (Entered: 05/24/2022) |
| 05/24/2022 | 129 | CERTIFICATE OF SERVICE by Mark Cannizzaro, Council of Supervisors and Administrators, Michael Mulgrew, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO re 128 Reply in Support, (Kolker, Dina) (Entered: 05/24/2022) |
| 05/24/2022 | 130 | Letter *to the Hon. Kiyo A. Matsumoto re: Documents in Support of Motion to Dismiss:* by Mark Cannizzaro, Council of Supervisors and Administrators, Michael Mulgrew, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Kolker, Dina) (Entered: 05/24/2022) |
| 05/24/2022 | 131 | Letter *regarding DOE Defendants' motion to dismiss the Amended Complaint* by New York City Department of Education, Meisha Porter (O'Connor, Andrea) (Entered: 05/24/2022) |

| | | |
|---|---|---|
| 05/24/2022 | 132 | REPLY in Support re 124 MOTION to Dismiss for Failure to State a Claim filed by Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC. (Wiaderna, Karolina) (Entered: 05/24/2022) |
| 07/07/2022 | 133 | MOTION for Leave to File Document *which is supplemental opposition to the Motions to Dismiss*, MOTION to Amend/Correct/Supplement 126 Memorandum in Opposition,,,,,, *based upon new documentary evidence obtained on 7–6–2022* by Rosa Abreu, Annette Backof, Dianne Baker–Pacius, Kerry Ben–Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis–Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello. (Attachments: # 1 Exhibit A – NY Post Article, # 2 Exhibit B – Scheinman Opinion and Award) (Graff, Austin) (Entered: 07/07/2022) |
| 07/08/2022 | 134 | Letter *from Dina Kolker in response to Plaintiffs' July 7, 2022 letter seeking permission to supplement its opposition to the UFT/CSA Defendants' Motion to Dismiss* by Council of Supervisors and Administrators, United Federation of Teachers, Local 2, American Federation of Teachers, AFL–CIO (Kolker, Dina) (Entered: 07/08/2022) |
| 07/11/2022 | 135 | RESPONSE in Opposition re 133 MOTION for Leave to File Document *which is supplemental opposition to the Motions to Dismiss* MOTION to Amend/Correct/Supplement 126 Memorandum in Opposition,,,,,, *based upon new documentary evidence obtained on 7–6–2022* filed by New York City Department of Education, Meisha Porter. (O'Connor, Andrea) (Entered: 07/11/2022) |
| 07/11/2022 | 136 | Letter *to Judge re Plaintiff's supplemental filing* by Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC (Wiaderna, Karolina) (Entered: 07/11/2022) |
| 07/12/2022 | | ORDER denying 133 Motion for Leave to File; denying 133 Motion to Amend/Correct/Supplement. The Court respectfully denies the Plaintiff's motion for leave to file supplemental briefing to their opposition to the Defendants' Motion to Dismiss 133 . The Court does not need further submissions, and will consider the letters parties submitted with respect to the request for supplemental briefing (ECF No. 133 , 134 , 135 , and 136 ). The Court does not believe it is necessary for the parties to engage in further briefing. Ordered by Judge Kiyo A. Matsumoto on 7/12/2022. (Wong, Leah) (Entered: 07/12/2022) |
| 08/11/2022 | 137 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on November 23, 2021, before Judge Matsumoto. Court Reporter/Transcriber Sophie Nolan, Telephone number 7186132622. Email address: NolanEDNY@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 9/1/2022. Redacted Transcript Deadline set for 9/11/2022. Release of Transcript Restriction set for 11/9/2022. (Nolan, Sophie) (Entered: 08/11/2022) |

| | | |
|---|---|---|
| 02/13/2023 | | ORDER. In light of the City of New York's announcement that it is discontinuing its vaccine mandate for municipal workers, the parties are hereby ordered to advise the Court of their respective views as to which issues this instant action, if any, have been mooted, and which issues subsist. The parties on each side shall advise the Court in a letter of no more than three pages and must do so by 5:00 p.m. on Monday, February 20, 2023. Ordered by Judge Kiyo A. Matsumoto on 2/13/2023. (LW) (Entered: 02/13/2023) |
| 02/16/2023 | <u>138</u> | Letter *Regarding the Court's February 13, 2023 Order* by New York City Department of Education, Meisha Porter (O'Connor, Andrea) (Entered: 02/16/2023) |
| 02/17/2023 | <u>139</u> | Letter *to Court re post−Mandate Viability* by Rosa Abreu, Annette Backof, Dianne Baker−Pacius, Kerry Ben−Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis−Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca−Liss, Paul Cifarelli, Sara Coombs−Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez−vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello (Attachments: # <u>1</u> Exhibit Exhibit 1 − NYC Vaccine Ends) (Graff, Austin) (Entered: 02/17/2023) |
| 02/17/2023 | <u>140</u> | Letter */Dina Kolker Letter re: Post−Mandate Viability* by Council of Supervisors and Administrators, United Federation of Teachers, Local 2, American Federation of Teachers, AFL−CIO (Kolker, Dina) (Entered: 02/17/2023) |
| 02/17/2023 | <u>141</u> | Letter *in Response to Court Order* by District Council 37, AFSCME AFL−CIO, District Council 37, AFSCME AFL−CIO, Local 1251, District Council 37, AFSCME AFL−CIO, Local 372, Francine Francis, Shaun D. Francois I, Henry Garrido (Kolko, Hanan) (Entered: 02/17/2023) |
| 02/20/2023 | <u>142</u> | Letter *to Judge Matsumoto in response court's order* by Martin F. Scheinman, Scheinman Arbitration and Mediation Services, Scheinman Arbitration and Mediation Services, LLC (Wiaderna, Karolina) (Entered: 02/20/2023) |
| 03/30/2023 | <u>143</u> | ORDER granting <u>114</u> Motion to Dismiss for Failure to State a Claim; granting <u>117</u> Motion to Dismiss for Failure to State a Claim; granting <u>121</u> Motion to Dismiss for Failure to State a Claim; granting <u>124</u> Motion to Dismiss for Failure to State a Claim. For the reasons set forth in the attached Memorandum and Order, Defendants' motions to dismiss are GRANTED in their entirety and leave to amend is DENIED. The Clerk of Court is respectfully directed to enter judgment in favor of Defendants and close this case. Ordered by Judge Kiyo A. Matsumoto on 3/30/2023. (LW) (Entered: 03/30/2023) |
| 03/31/2023 | <u>144</u> | CLERK'S JUDGMENT: ORDERED and ADJUDGED that Defendants' Motions to Dismiss are granted in their entirety; that Defendants' claims are dismissed with prejudice; and that leave to amend is denied. Ordered by Jalitza Poveda, Deputy Clerk on behalf of Brenna B. Mahoney, Clerk of Court on 3/31/2023. (JT) (Entered: 03/31/2023) |
| 04/20/2023 | <u>145</u> | NOTICE OF APPEAL as to <u>89</u> Order on Motion for Preliminary Injunction, <u>144</u> Clerk's Judgment, <u>143</u> Order on Motion to Dismiss for Failure to State a Claim,,,,,,,,,,, <u>33</u> Order on Motion for Preliminary Injunction, by Rosa Abreu, Annette Backof, Dianne Baker−Pacius, Kerry Ben−Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis−Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia |

| | | |
|---|---|---|
| | | Christopoulos, Marianna Ciacca–Liss, Paul Cifarelli, Sara Coombs–Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fotina Lambos, Benedict LoParrino, Elizabeth Loiacono, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez–vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, RoseAnna Silverstri Incantalupo, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams, Jennifer Zaccariello. Filing fee $ 505, receipt number ANYEDC–16618679. (Graff, Austin) (Entered: 04/20/2023) |
| 04/20/2023 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 145 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/20/2023) |