UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Nicole BROECKER, et al,

                      Plaintiffs,                  JUDGMENT
      v.                                             21-CV-6387(KAM)(LRM)

New York City Department of Education, et al,

                      Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 30, 2023, granting Defendants' Motions to Dismiss in their entirety; and denying leave to amend; it is

       ORDERED and ADJUDGED that Defendants' Motions to Dismiss are granted in their entirety; that Defendants' claims are dismissed with prejudice; and that leave to amend is denied.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       March 31, 2023                                      Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                              Deputy Clerk