**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: April 28, 2023 | DC Docket #: 21-cv-6387 |
| Docket #: 23-655 | DC Court: EDNY (BROOKLYN) |
| Short Title: Broecker v. New York City Department of Education | DC Judge: Bloom |
| | DC Judge: Matsumoto |

## NOTICE OF DEFECTIVE FILING

On April 26, 2023 the Acknowledgment and Notice of Appearance, on behalf of the Appellants Rosa Abreu, Annette Backof, Dianne Baker-Pacius, Kerry Ben-Jacob, Tami Beneduce, Debbie Bertram, Julia Blasis-Maring, Nicole Broecker, Amoura Bryan, Nathalie Charles, Anastasia Christopoulos, Marianna Ciacca-Liss, Paul Cifarelli, Sara Coombs-Moreno, Yvonne Costello, Betziada Cruz, Frances DiProssimo, Kelly Dixon, Stephanie Edmonds, Elizabeth Figueroa, Stephanie Franzese, Rena Gellman, Dorca Genao, Eleni Gerasimou, Joan Giammarino, Felicia Hagan, Christopher Hansen, Julia Harding, Debbie Hartz, Danielle Heal, James Hoffman, Dina Hussein, Roseanna Silverstri Incantalupo, Andrea Jackson, Sharlayne Jacobs, Aubrey Joergens, Richard Joseph, Maria Klapakis, Faye Kotzer, Leah Kukla, Jeannine Lam, Fontina Lambos, Elizabeth Loiacono, Benedict Loparrino, Janelle Lotito, Kimberli Madden, Rachel Maniscalco, Carola Martinez-vanBokkem, Michelle Martino, Lorraine Masciarelli, Nicoletta Masullo, Julia Mavis, Danielle McGuire, Serina Mendez, Toniann Miraglia, Aura Moody, Monique Moore, Nicole Moore, Marie Mosley, Sally Mussafi, Jessica Narciso, Jessica Nicchio, Diane Pagen, Tara Palladino, Lynn Pepe, Herendyra Pereyra, Brianna Perez, Elizabeth Placencio, Gina Porcello, Stella Porto, Anita Quash, Yaditza Rodriguez, Maritza Romero, Maria Ruscelli, Victoria Russo, Laura Salamone, Crystal Salas, Jeanean Sanchez, Soraya Sanchez, Beth Schiano, Fran Schmitter, Henrietta Shaya, Lisa Simo, Deidra Statuto, Andrea Tichio, Rafael Toro, Francine Trapani, Ekaterina Udina, Ayse Ustares, Zabdiel Valera, Angela Velez, Meagan Velez, Lisa Williams and Jennifer Zaccariello, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
      _____ Missing proof of service

_____ Served to an incorrect address
_____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
\_\_x\_\_ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
_____ Incorrect caption *(FRAP 32)*
_____ Wrong color cover *(FRAP 32)*
_____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
_____ Other: _____

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than May 01, 2023. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8503.