# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand twenty-three.

Before:     Alison J. Nathan,
            *Circuit Judge.*

_____

Nicole Broecker, et al.,

          Plaintiffs - Appellants,

v.

New York City Department of Education, et al.,

          Defendants - Appellees.

_____

**ORDER**

Docket No. 23-655

Appellees New York City Department of Education and Meisha Porter move to remove this case from the Expedited Appeals Calendar.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

