**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Broecker v. NYC DOE             Docket No.: 23-655

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Chloe K. Moon

Firm: New York City Law Department

Address: 100 Church St.

Telephone: 212-356-2611            Fax:

E-mail: cmoon@law.nyc.gov

Appearance for: New York City Department of Education & Meisha Porter/Defendants-Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Jesse Townsend, NYC Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Chloe K. Moon

Type or Print Name: Chloe K. Moon